EXHIBIT 1

| | |
|---|---|
| **From:** | Labno, Christopher J. (ATF) |
| **To:** | Almendarez, Andres (USAILN); Fiedler, Luke (USAILN) |
| **Cc:** | Molidor, Jon J. (ATF); Kocinski, Erik J. (ATF) |
| **Subject:** | Fw: 18940 Martin Ct Video |
| **Date:** | Tuesday, June 16, 2026 4:22:33 PM |
| **Attachments:** | moment_Mini_2_-_1_2026-06-09T17_30_54.mov <br> IMG_4995.mov |

**From:** Maniff, Jonathan M. (ATF) <Jonathan.Maniff@atf.gov>
**Sent:** Tuesday, June 16, 2026 11:37 AM
**To:** Labno, Christopher J. (ATF) <Christopher.Labno@atf.gov>
**Subject:** Fw: 18940 Martin Ct Video

Thanks,

Jon Maniff

Assistant Special Agent in Charge

ATF Chicago Field Division

818-296-7171

**From:** Kinney, Patrick R. <Patrick.Kinney@chicagopolice.org>
**Sent:** Tuesday, June 9, 2026 10:06 PM
**To:** Maniff, Jonathan M. (ATF) <Jonathan.Maniff@atf.gov>
**Subject:** [EXTERNAL] Fw: 18940 Martin Ct Video

**Commander Patrick Kinney**

Chicago Police Department

Bureau of Detectives

Major Crimes Division

Cell (312) 848-1515

**From:** Hilliard, Matthew C. <Matthew.Hilliard@chicagopolice.org>

**Sent:** Tuesday, June 9, 2026 9:29:14 PM
**To:** Kinney, Patrick R. <Patrick.Kinney@chicagopolice.org>
**Subject:** Fw: 18940 Martin Ct Video

Lt. Matt Hilliard #388

Unit 182

Work: 708-413-3515

---

**From:** Ehlers, Christopher <Christopher.Ehlers@illinois.gov>
**Sent:** Tuesday, June 9, 2026 9:19:55 PM
**To:** Hilliard, Matthew C. <Matthew.Hilliard@chicagopolice.org>
**Subject:** Fw: 18940 Martin Ct Video

Get Outlook for iOS

---

**From:** Myles Johnson <MYJohnson@countryclubhills.org>
**Sent:** Tuesday, 09 June 2026 20:56:16
**To:** Ehlers, Christopher <Christopher.Ehlers@illinois.gov>
**Subject:** [External] 18940 Martin Ct Video

Johnson #867

Country Club Hills Police Department

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-

EXHIBIT 1

3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

3282) or follow instructions on THE WIRE to report Junk Email or SPAM.