EXHIBIT 4

| | |
|---|---|
| **From:** | Scott Erthal |
| **To:** | Fiedler, Luke (USAILN) |
| **Subject:** | Fw: [EXTERNAL EMAIL] - |
| **Date:** | Monday, June 15, 2026 11:33:50 AM |

**From:** Kocinski, Erik J. (ATF) <Erik.Kocinski@atf.gov>
**Sent:** Monday, June 15, 2026 9:19:33 AM
**To:** Erthal, Scott Aaron (CG) (FBI) <SAERTHAL@fbi.gov>
**Subject:** [EXTERNAL EMAIL] -

You don't often get email from erik.kocinski@atf.gov. Learn why this is important

On 6/9/26, two ATF Special Agents (SA) and an ATF Confidential Informant (CI), acting in an undercover capacity, were attempting to conduct on undercover purchase of firearms from Tevin CURLEE and multiple unidentified individuals. Shortly after the SAs/CI arrived at the pre-determined meet location, six (6) unidentified individuals arrived in a white Dodge Dart sedan. During the attempted undercover purchase of firearms, the unidentified individuals attempted to rob the SAs/CI at gun point. Members of ATF that were acting as React and Surveillance responded to the scene as the attempted robbery was taking place. SA 5600 was driving one of the React vehicles, with SA 6487 and ATF TFO 6343 as passengers. SA 5600 attempted to conduct a vehicle pin of the white Dodge Dart sedan, but the driver of the vehicle (later identified as Chashonn TONEY) attempted to elude and continued to drive in an evasive manor making contact and causing damage to both vehicles. After contact was made with both vehicles, TONEY, along with multiple other unidentified individuals exited the white Dodge Dart sedan and fled on foot. Members of ATF located TONEY and he was taken into custody without incident.

Erik Kocinski
ATF Special Agent
Indiana HIDTA Task Force
Crown Point, Indiana
Cell # 219-221-3511