UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 26 CR 291 |
| v. ) | |
| ) | Hon. Keri L. Holleb Hotaling |
| AMIR A. FAGAN, DEMOND EDWARDS, ) | |
| and CHASHONN TONEY ) | |

APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has

been designated in the above-captioned matter.

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By:     /s/ Timothy J. Chapman
        TIMOTHY J. CHAPMAN
        Assistant United States Attorney
        219 South Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        (312) 353-1925