**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 26 CR 291 |
| v. | ) | |
| | ) | Hon. Keri L. Holleb Hotaling |
| AMIR FAGAN, et al., | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RESPONSE TO GOVERNMENT'S OPENING BRIEF**
**ON SANCTIONS HEARING AND REQUEST FOR CONTINUANCE**

Defendant, Amir Fagan, by his attorneys, Foley & Lardner LLP, hereby responds to the Court's invitation (Dkt. 31) to submit a response to the Government's Opening Brief On Sanctions Hearing and Request for Continuance (Dkt. 30).

On June 17, 2026, the Court granted the Government's motion to dismiss this case. Dkt. 19. On July 1, 2026, Mr. Fagan was indicted by a grand jury in Case No. 26 CR 371, which was assigned to Judge Pacold. Because Defendant is no longer a defendant in this case and is now a defendant in a different case, Defendant respectfully declines to file a response.

Dated: July 10, 2026

Respectfully submitted,

_/s/ *Lisa M. Noller*________
Lisa M. Noller
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: 312.832.4500
Facsimile: 312.832.4700
lnoller@foley.com

*Attorneys for AMIR FAGAN*